# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

**SHAWNTE DAVON HARDIN,**                     CASE NO. 3:25 CV 2622

    Petitioner,

    v.                                         JUDGE JAMES R. KNEPP II

**T.J. MARTIN, WARDEN,[1]**

    Respondent.                          **ORDER**


This matter is before the Court on Magistrate Judge Jennifer Dowdell Armstrong's Report

and Recommendation ("R&R") to grant Petitioner Shawnte Davon Hardin's Motion to stay this

proceeding and hold it in abeyance while the Ohio courts adjudicate Petitioner's petition for

postconviction relief. (Doc. 15). She further recommends the Court order Petitioner to file a motion

to lift the stay within 30 days of the state courts' final resolution of that postconviction relief

petition. *Id.* at 4.

Under the relevant statute:

Within fourteen days after being served with a copy [of a Magistrate Judge's R&R],
any party may serve and file written objections to such proposed findings and
recommendations as provided by rules of court. A judge of the court shall make a
de novo determination of those portions of the report or specified proposed findings
or recommendations to which objection is made.

---

1. The R&R correctly notes that because Petitioner is incarcerated at Noble Correctional
Institution, the warden of that facility is the proper Respondent in this case. *See* Doc. 15, at 1
n.1; *Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004); 28 U.S.C. § 2244 ("The writ . . . shall be
directed to the person having custody of the person detained."). The Court therefore substitutes
Warden T.J. Martin as the Respondent in this case. *See* https://drc.ohio.gov/about/facilities/noble-
correctional (identifying Martin as Warden of the Institution).

28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(2). The failure to file timely written objections to a Magistrate Judge's R&R constitutes a waiver of *de novo* review by the district court of any issues covered in the R&R. *Thomas v. Arn*, 728 F.2d 813, 814-15 (6th Cir. 1984); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

In this case, the R&R was issued on April 24, 2026, and it is now May 15, 2026. Petitioner has neither filed objections nor requested an extension of time to file them.

For the foregoing reasons, good cause appearing, it is

ORDERED that Magistrate Judge Armstrong's R&R (Doc. 15) is ADOPTED as the Order of this Court, and Petitioner's Motion to Stay (Doc. 12) is GRANTED; and it is

FURTHER ORDERED that Petitioner shall notify the Court of the completion of state court review of his post-conviction petition by filing a motion to lift the stay withing 30 days of the state courts' final adjudication of that petition.

 s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

Dated: May 15, 2026

2